United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RHONDA HUBBARD,

    Plaintiff,

v.

RCM TECHNOLOGIES (USA), INC.,

    Defendant.

Case No. 19-cv-06363-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, December 7, 2020 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | April 17, 2020 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with court approval and good cause by motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | November 30, 2020 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | On 35 day notice [filed by December 29, 2020] |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, January 3, 2020 at 9:01 a.m. |

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator and date of mediation by December 20, 2019 by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, January 3, 2020 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By December 20, 2019, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 11, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge