**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Unit 2B
South Pasadena, CA 91030
(626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA HUBBARD, an individual on behalf of herself and others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>RCM TECHNOLOGIES (USA), INC.; and DOES 1 to 10 inclusive,<br>　　　　　　　　　　Defendants. | Case No.: 4:19-cv-06363-YGR<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:　　　October 26, 2021<br>Time:　　　2:00 p.m.<br>Courtroom: 1 (Oakland Courthouse) |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

0

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 26, 2021 at 2:00 p.m. in Courtroom 1 of the United States District Court for the Northern District of California, Oakland Courthouse, located at the 1301 Clay Street, Oakland, CA 94612, the Honorable Yvonne Gonzalez Rogers presiding, Plaintiff Rhonda Hubbard ("Plaintiff") will and hereby does move for entry of an Order finally approving the Joint Stipulation of Class Settlement and Release ("Settlement") submitted at Docket No. 40-2 at pp. 12-50.  Good cause exists for granting final approval of the Settlement in that the Settlement is fair, reasonable, and adequate.

The motion is unopposed by Defendant and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the declarations filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED:  September 21, 2021                         **HAYES PAWLENKO LLP**

                                                         By:/s/Matthew B. Hayes
                                                             Matthew B. Hayes
                                                             Attorneys for Plaintiff

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**